UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  23-CV-81336-RLR/BER

HOWARD COHAN,

     Plaintiff,

vs.

WELLINGTON EATS, LLC
d/b/a MOE'S SOUTHWEST GRILL,

     Defendant.

_____/

### REPORT AND RECOMMENDATION ON PLAINTIFF'S
### MOTION FOR ATTORNEY'S FEES [ECF No. 18]

  Howard Cohan obtained a default final judgment in this ADA claim. He now asks for $3,975 in attorneys' fees, which includes $90 for legal assistant fees, and $2,359.25 for litigation expenses. The Defendant did not respond to the Motion and the time for a response has expired.

  The prevailing party in an ADA action can be awarded "a reasonable attorney's fee, including litigation expenses and costs." 42 U.S.C. §12205. I have reviewed the Motion and the accompanying affidavits and have considered all of the *Johnson* factors. *See Johnson v. Georgia Hwy. Exp., Inc.* 488 F.2d 714 (5th Cir. 1974). I make the following findings:

1. $350 is a reasonable hourly rate for counsel's time given his experience and the prevailing rates for similar lawyers in Palm Beach County. I further find

that all of counsel's requested hours have been properly documented and were reasonably and necessarily incurred in the representation.

2. The $90 (.6 hours at $150 per hour) for legal assistant services are not compensable because they are for clerical work not traditionally done by an attorney. *Cohan v. Baby Marathon, LLC*, No. 20-60185-CIV, 2020 WL 6731041, at *5 (S.D. Fla. Oct. 27, 2020) (J. Valle).

3. The filing fee of $402 and the process server fee of $52.25 (which is less than the Marshal's rate) are taxable costs under 28 U.S.C. §1920. *Jiminez v. E-Z Weld Grp., Inc.,* No. 20-CV-80205, 2021 WL 6137079, at *2 (S.D. Fla. Dec. 10, 2021) (J. Matthewman).

4. The expert's fee of $1900 is a recoverable litigation expense under the ADA. *H.C. v. Bradshaw,* 426 F. Supp. 3d 1266, 1286 (S.D. Fla. 2019) (J. Matthewman) (citations omitted).

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court award $3,885 in attorney's fees and $2,359.25 in expenses.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the

district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and ORDERED** in Chambers this 19th day of February, 2024, at West Palm Beach in the Southern District of Florida.

_____
    BRUCE E. REINHART
    UNITED STATES MAGISTRATE JUDGE